IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD L. ESKRIDGE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-064-SLR |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 7th day of August, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's cross-motion for summary judgment (D.I. 12) is denied.

2. Plaintiff's motion for summary judgment (D.I. 9) is granted.

3. The final decision of the Commissioner dated May 22, 2006 is reversed and remanded for further findings and/or proceedings consistent with the court's memorandum opinion.

4. The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant.

_____
United States District Judge