IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD L. ESKRIDGE, JR., )<br>       Plaintiff, )<br>       v. )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security )<br>       Defendants. ) | Civ. No. 07-064-SLR |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of August 7, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff, Ronald L. Eskridge, Jr. and against defendant Michael J. Astrue.

_____
United States District Judge

Dated: 8/26/08

_____
(By) Deputy Clerk